UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Case No. 20-22821-SMG |
| VERONICA BERANO, | Chapter 7 |
| Debtor. _____/ | |
| KENNETH A. WELT, Chapter 7 Trustee, | Adv. Case No. 21-01277-SMG |
| Plaintiff,<br>vs. | |
| FRENCHY ROY, | |
| Defendant. _____/ | |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, Kenneth A. Welt, Chapter 7 Trustee (the "Plaintiff"), by counsel, gives notice that the above-captioned adversary proceeding is hereby dismissed with prejudice, with each party bearing their own attorneys' fees and costs, subject to the default provision(s) set forth in the Settlement Agreement entered into between the parties, as approved by the Court in the main bankruptcy case [ECF No. 49].

DATED: February 2, 2022

LSS LAW
Attorneys for the Plaintiff
2699 Stirling Road, Suite C401
Fort Lauderdale, Florida 33312
Telephone: (954) 920-5355
Facsimile: (954) 920-5371

By: /s/ Zach B. Shelomith
Zach B. Shelomith
Florida Bar No. 0122548
zbs@lss.law

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served on February 2, 2022 to all parties on the list to receive e-mail notice/service for this case, via the Notice of Electronic Filing (which is incorporated herein by reference).

By: /s/
Zach B. Shelomith